# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

SALVATORE J. CONTRISTANO, individually, and on behalf of all others similarly situated,

    Plaintiff,

v.

EMPRESS AMBULANCE SERVICE, LLC,

    Defendant.

Case No. 7:22-cv-09318

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Salvatore J. Contristano hereby voluntarily dismisses this action with prejudice.

Dated: November 6, 2024

So Ordered.
11/7/24

Respectfully submitted,

/s/ Anthony L. Parkhill
Anthony L. Parkhill
BARNOW AND ASSOCIATES, P.C.
205 West Randolph Street, Ste. 1630
Chicago, IL 60606
Tel: 312-621-2000
Fax: 312-641-5504
aparkhill@barnowlaw.com

Case 7:22-cv-09318-KMK   Document 20   Filed 11/06/24   Page 2 of 2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 6, 2024, a copy of the foregoing document was electronically filed via the Court's CM/ECF filing system, which will send notification of such filing to counsel of record.

/s/ Anthony L. Parkhill
Anthony L. Parkhill